People v Romero (2020 NY Slip Op 03133)





People v Romero


2020 NY Slip Op 03133


Decided on June 3, 2020


Appellate Division, Second Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on June 3, 2020
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

RUTH C. BALKIN, J.P.
SHERI S. ROMAN
JEFFREY A. COHEN
PAUL WOOTEN, JJ.


2010-01388
 (Ind. No. 399-09)

[*1]The People of the State of New York, respondent,
v
Carlos Romero, appellant.


Carlos Romero, Coxsackie, NY, appellant pro se.
Timothy D. Sini, District Attorney, Riverhead, NY (Grazia DiVincenzo of counsel), for respondent.
Laurette D. Mulry, Riverhead, NY (Felice B. Milani of counsel), former appellate counsel.
Application by the appellant for a writ of error coram nobis to vacate, on the ground



DECISION & ORDER
of ineffective assistance of appellate counsel, a decision and order of this Court dated December 12, 2012 (People v Romero, 101 AD3d 906), affirming a judgment of the County Court, Suffolk County, rendered January 14, 2010.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
BALKIN, J.P., ROMAN, COHEN and WOOTEN, JJ., concur.
ENTER:
Aprilanne Agostino
Clerk of the Court